**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

Mario Adam Ortega Martinez )
Petitioner, )
v. ) Case No: 2:26-cv-11179
Acting Field Office Director of New )
Jersey Immigration and Customs )
Enforcement, Secretary of Homeland)
Security in their Official Capacity, )
Attorney General in their Official )
capacity, )
Respondents. )

**CLOSED**

**SO ORDERED.**

***/s/ Jamel K. Semper***
**HON. JAMEL K. SEMPER**
**United States District Judge**
**Dated: October 22, 2026**

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I, Mario Adam Ortega Martinez, hereby voluntarily dismiss the above-captioned action without prejudice.

I have decided to request voluntary departure and wish to leave the United States as soon as possible. I have been advised that withdrawal of this habeas corpus action is necessary for US Immigration and Customs Enforcement to complete the arrangements required to effectuate my voluntary departure.

I choose not to continue litigating the present habeas corpus action, and instead choose to withdraw this action so that DHS may promptly facilitate my departure from the United States.

Accordingly, I respectfully give notice that this action is voluntarily dismissed without prejudice.

Respectfully submitted,

Date: 10/17/26

Mario ortega

[Mario Adam Ortega Martinez,
A#222514900]